UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TYRONE PEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-CV-229-D** |
| ) | |
| JACK A. WILLIFORD, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES this action for lack of jurisdiction and DENIES plaintiff's motions to proceed in forma pauperis [D.E. 1 ], for appointment of counsel [D.E. 1-4], and entry of default [D.E. 2].

**This Judgment Filed and Entered on December 17, 2019, and Copies To:**

Tyrone Peele                    (Sent to KU 8077 SCI Forest P.O. Box 945
                                Marienville, PA 16239 via US Mail)

DATE:                           PETER A. MOORE, JR., CLERK
December 17, 2019               (By) /s/ Nicole Sellers
                                Deputy Clerk